IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01370-RM-GPG

TODD RUSTY NORRIS,

    Plaintiff,

v.

ADOLFSON & PETERSON, INC., a Minnesota Corporation
doing business in Colorado, and
AP MOUNTAIN STATES, LLC,
d/b/a ADOLFSON & PETERSON CONSTRUCTION,

    Defendants.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Todd Rusty Norris and Defendants Adolfson & Peterson, Inc. and AP Mountain States, LLC (collectively, the "Parties,") by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as the parties have entered into a resolution regarding all matters in this action. Plaintiff and Defendants shall each bear their own costs and attorney's fees.

DATED this 3rd day of February, 2022.

| | |
|---|---|
| *s/ Theodore G. Hess* | *s/ Susan S. Sperber* |
| Theodore G. Hess, #31594 | Susan S. Sperber |
| 110 8th Street | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Glenwood Springs, CO 81601 | 1601 19th Street, Suite 1000 |
| Telephone: (970) 945-5300 | Denver, CO 80202-2995 |
| Email: ted@tedhess.com | Tel.:   303.623.9000 |
| *Attorney for Plaintiff* | Email: ssperber@lewisroca.com |
| | *Attorneys for Defendants Adolfson & Peterson, Inc. and AP Mountain States, LLC* |

116672678.1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 3rd day of February, 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theodore G. Hess, #31594
110 8th Street
Glenwood Springs, CO 81601
Telephone: (970) 945-5300
Facsimile: (970) 945-2898
Email: ted@tedhess.com
*Attorney for Plaintiff*

               *s/ Lisa Elliott*
               Of Lewis Roca Rothgerber Christie LLP

116672678.1